ERIC GRANT
United States Attorney
CAMILO RODRIGUEZ
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISSON BRIYID IDARRAGA MONTOYA, | CASE NO.  1:26-CV-01739-KES-SKO |
| Petitioner, | **ORDER LIFTING NO TRANSFER ORDER [ECF 15]** |
| v. | |
| CHRISTOPHER CHESTNUT, *ET AL.*, | |
| Respondents. | |

Respondents have presented the Court with a voluntary departure order for Petitioner. Accordingly, the Court lifts the Order (ECF 15) prohibiting Respondents from transferring Petitioner out of the Eastern District of California.  Respondents may transfer Petitioner out of the Eastern District of California for the purpose of ensuring Petitioner timely departs pursuant to the voluntary departure order.  Respondents shall file a status report on or before July 15, 2026, indicating whether Petitioner has departed pursuant to the voluntary departure order.

IT IS SO ORDERED.

Dated:   June 16, 2026

_____
UNITED STATES DISTRICT JUDGE

1